IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LADONTE T. GIBSON,**

   *Petitioner*,

v.                                 Case No.: 4:22cv232-MW/ZCB

**SECRETARY DEPARTMENT OF CORRECTIONS,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 11, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's federal habeas petition under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED with prejudice as untimely**." A

certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on July 6, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**